UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **PATRIOTIC VETERANS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.  1:10-cv-723-WTL-TAB |
| | ) |
| **STATE OF INDIANA, ex rel. GREG** | ) |
| **ZOELLER, ATTORNEY GENERAL, et al.,** | ) |
| | ) |
| Defendants. | ) |

## DECLARATORY JUDGMENT AND INJUNCTION

The Court having granted summary judgment in favor of Plaintiff Patriotic Veterans, Inc., judgment is hereby entered in favor of the Plaintiff and against the Defendants as follows: The Indiana Automatic Dialing Machine Statute, Indiana Code 24-5-14-1, *et seq.* ("IADMS")*,* is preempted by the Federal Telephone Consumer Protection Act, 47 U.S.C. § 227, to the extent that it applies to interstate telephone calls.  Accordingly, the Plaintiff is entitled to the injunctive relief it seeks, and Defendant Greg Zoeller, in his official capacity as Attorney General of the State of Indiana, is **HEREBY ENJOINED** from enforcing the IADMS with respect to any interstate telephone call made to express a political message.

SO ORDERED:   09/27/2011

*[signature: William T. Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification